UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE LOPEZ, et al.,
                              Plaintiffs,

                              20 Civ. 6877 (LGS)
              -against-

                              ORDER
CHA PA'S NOODLES AND GRILL CORP., et al.,
                            Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated September 23, 2020 (Dkt. 13), required the parties to file a proposed case management plan and joint letter by October 29, 2020;

      WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan.  It is hereby

      **ORDERED** that the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **November 2, 2020, at noon**.

Dated: October 30, 2020
      New York, New York

                                                    LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE